# ALABAMA COURT OF CRIMINAL APPEALS



May 24, 2024

**CR-2023-0535**
Cory Bourke Rogers v. City of Madison (Appeal from Madison Circuit Court: CC-22-1276, CC-22-1277, CC-22-1278, CC-22-1279, and CC-22-1280)

## <u>NOTICE</u>

You are hereby notified that on May 24, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk